**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re:

DAVID HALPERN, Debtor.

Case No. 24-36123-KYP  Related Bankruptcy

Chapter 7

---

| | |
|---|---|
| **DAVID BRONER,** | Adversary Proceeding |
| Plaintiff, | No. 24-09026-KYP |
| v. | Judge: Hon. Kyu Young Paek |
| **MICHAL HALPERN,** | |
| **MIRIAM ZAKRIN, ESQ.,** | **ADJOURNMENT REQUEST** |
| **TREUHAFT & ZAKRIN, LLP,** | |
| Defendants. | |

---

# REQUEST FOR FIRST-TIME ADJOURNMENT OF ADVERSARY PROCEEDING

**TO: The Honorable Kyu Young Paek**

I MICHAL HALPERN, respectfully submit this request for a 30-day adjournment of the above-referenced adversary proceeding No. 24-09026-KYP

As a single mother, I am doing my best to care for my children while seeking legal representation. However, I struggle to effectively present my case in court due to anxiety and ongoing personal challenges.

I am currently involved in family court disputes and divorce proceedings, during which my soon-to-be ex-husband, Mr. David Halpern, along with his associates, has been persistently targeting me both personally and through multiple legal actions, causing immense distress.

My previous bankruptcy counsel withdrew from my case after receiving a threatening call indicating he would be subjected to personal litigation and harassment. Furthermore, Mr. Joshua Bronstein, Esq. declined representation, citing his acquaintance with Mr. Halpern and dismissing him as a "Paper Terrorist." Not worth the headaches.

Additionally, Mr. Halpern's recent arrest by the New Jersey Family Court has further exacerbated my emotional distress and complicated my legal situation.

Given these circumstances, I respectfully request a brief 30-day adjournment to secure appropriate legal representation. I sincerely appreciate the Court's consideration of this request.

Respectfully Submitted,

/S/ MICHAL HALPERN, Pro-Se

MICHAL HALPERN
Ms. Michal Halpern
2116 Discovery Way
Toms River, NJ 08755
347-794-1278
Email: Michallh94@gmail.com
Date: Feb 7th 2025